W. C. Handley, appellant, v. Herman C. Peters and Anna E. Peters, appellees. Gen. No. 30,573.

Action upon promissory note. Judgment for defendants. Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Reversed with findings of fact and judgment here. Opinion filed May 25, 1926.

Nuttall & Chism, for appellant. Helmer, Moulton, Whitman & Holton, for appellees; Arthur E. Boroughf, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

Fisk Tire Company, Inc., appellee, v. James S. McClure et al., on appeal of James S. McClure, appellant. Gen. No. 30,582.

Action for goods sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William E. Viner, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Reversed with findings of fact and judgment here. Opinion filed May 25, 1926.

Harry A. Fleck, for appellant. Harmon, George & Gilbert, for appellee; Roy M. Harmon, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

Louis Mitchell, appellee, v. Continental Casualty Company, appellant. Gen. No. 30,591.

Action upon accident insurance policy. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Matthew D. Hartigan, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Affirmed. Opinion filed May 25, 1927. Rehearing denied and additional opinion filed on rehearing June 8, 1926.

Abraham Lepine, for appellant; George C. Bliss, of counsel. Rubenstein & Rubenstein, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

Julian Wieclaw, appellant, v. Bronislawa Wieclaw, appellee. Gen. No. 30,603.

Bill for divorce. Order holding complainant in contempt for failure to make payment for support of child. Appeal from the Circuit Court of Cook county; the Hon. Thomas J. Lynch, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Reversed. Opinion filed May 25, 1926.

Charles H. Mitchell, for appellant. Anderson & Roche and John H. Lyk, for appellee; John H. Lyk, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.